UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | | |
|---|---|---|
| BETTY HARRIS-CLEMONS | ) | |
| Plaintiff | ) | CIVIL ACTION NO.: |
| | ) | |
| V. | ) | 3:12-CV-981 (AVC) |
| | ) | |
| SONY MUSIC ENTERTAINMENT AND | ) | |
| CHARLY ACQUISITIONS LIMITED | ) | |
| Defendants | ) | SEPTEMBER 28, 2012 |
| | ) | |

**AMENDED COMPLAINT**

**COUNT ONE: INTERPLEADER**

1.      Plaintiff Betty Harris-Clemons, aka Betty Harris, is a singer and

United States citizen who resides in Middletown, Connecticut.

2.      Defendant Sony Music Entertainment ("Sony") is a Delaware general

partnership with its principal place of business at 550 Madison Avenue, New York,

New York, consisting of Sony Music Holdings, Inc., a Delaware corporation and

USCO Sub LLC, a Delaware limited liability company.

3.      Defendant Sony does business as RCA Records.

4.      Defendant Charly Acquisitions Limited is a Nevisian limited liability

company with a registered agent and address of Springates East, Government

Road, Charlestown, Nevis, West Indies.

5.     A true and correct copy of the company information on file with the Nevis Island Administration is attached as Exhibit 1.

6.     Defendant Charly Acquisitions Limited ("Charly") does business as Charly Licensing ApS and Licensemusic.com ApS.

7.     This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a)(3) as there is complete diversity of citizenship between the plaintiff and defendants and because the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

8.     From 1964 through 1969, Plaintiff sang on a number of sound recordings, including the hit ballad "Nearer to You."

9.     At all material times, Plaintiff owned the copyright to "Nearer to You."

10.    In August 2006, pop singer Christina Aguilera published a two compact disc set containing 22 songs called "Back to Basics" through Defendant Sony d/b/a RCA Records.

11.    The fifth song on "Back to Basics" - "Understand" - uses a vocal sample of Plaintiff's "Nearer to You."

12.    Defendant Sony allegedly negotiated a license for the rights to "Nearer to You" from Defendant Charly.

13.    A true and correct copy of an unsigned draft license between Defendant Sony and Defendant Charly is attached as Exhibit 2.

14.    The draft license in Exhibit 2 was never signed.

-2-

15.     Pursuant to the draft license, Defendant Sony credited Defendant Charly as the licensing entity in the booklet accompanying the compact disc "Back to Basics."

16.     A true and correct copy of the page in the booklet accompanying "Back to Basics" crediting Defendant Charly is attached as Exhibit 3.

17.     Defendant Charly never had authority to license Plaintiff Betty Harris' song "Nearer to You" to Defendant Sony or anyone else.

18.     Defendant Sony d/b/a RCA Records agreed to pay a royalty rate of five cents per use for the use of "Nearer to You".

19.     Plaintiff made Defendant Sony aware of the infringement before "Back to Basics" was released in August 2006.

20.     Defendant Sony nevertheless released "Back to Basics."

21.     Because of the ownership dispute over "Nearer to You" between Defendant Charly and Plaintiff Betty Harris-Clemons, Defendant Sony placed all royalties for "Nearer to You" from Christina Aguilera's "Understand" in a Sample Account ("Sample Account").

22.     Defendant Sony has refused to make any royalty payments until the dispute between Defendant Charly and Plaintiff Betty Harris-Clemons is settled.

23.     As of June 7, 2012, Defendant Sony claimed the Sample Account contained $170,384.99 in royalties from the use of the "Nearer to You" in Christina Aguilera's "Understand."

-3-

24.   Defendant Sony has no claim to the royalties in the Sample Account.

25.   The Sample Account should contain additional royalties because:

   a.   At five cents per copy, the Sample Account should have a minimum of $250,000.00 because "Back to Basics" sold more than five million copies worldwide.

   b.   The Sample Account should contain performance royalties. Christina Aguilera performed the song "Understand" with its sample of "Nearer to You" at least 80 times during her global concert tour of at least 80 shows in 2006 and 2007.

   c.   The Sample Account should contain DVD royalties because in 2008, "Understand" and its sample of "Nearer to You" were featured in Christina Aguilera's DVD called "Back to Basics: Live and Down Under" which sold more than 100,000 copies.

   d.   The Sample Account should contain branded content royalties from when Christina Aguilera performed "Understand" as part of a branded content effort in "Nissan Live Sets" for Yahoo! Music and for T4, a special production on Channel 4 in England.

   e.   The Sample Account should be an interest-bearing account, under *Frank Music Corporation, et al v. MGM, Inc.*, 772 F.2d

-4-

505 (9th Cir. 1985) and *Frank Music Corporation, et al v.*

*MGM, Inc.*, 886 F.2d 1545 (9th Cir. 1989).

26.     Defendant Sony has threatened to interplead the Sample Account,

but has failed to do so.

27.     Pursuant to Connecticut General Statutes §52-484, Plaintiff is

entitled to the funds in the Sample Account and an interlocutory judgment of

interpleader.

## COUNT TWO: BREACH OF CONTRACT AGAINST DEFENDANT SONY

1-25.   Plaintiff incorporates paragraphs 1-25 of Count One and restates

them herein as paragraphs 1-25 of Count Two.

26.     On or about August 17, 2006, Defendant Sony and Plaintiff Betty

Harris-Clemons made an agreement for the use of the song "Nearer to You."

27.     On or about August 17, 2006, Defendant Sony confirmed in an email

to former counsel for Plaintiff Betty Harris-Clemons her acceptance of the same

licensing terms offered to Defendant Charly Acquisitions Limited d/b/a

Licensemusic.com ApS.

28.     A true and correct copy of this email is attached as Exhibit 4.

29.     Defendant Sony d/b/a RCA Records agreed to pay Plaintiff a royalty

rate of five cents per use for the use of "Nearer to You" on the song "Understand"

on the album "Back to Basics" with a $10,000 recoupable advance.

-5-

30.    Defendant Sony has not performed its obligations under this
contract, including the covenant of good faith and fair dealing which required
Defendant Sony to promptly determine to whom royalties were owned.

31.    Plaintiff Betty Harris-Clemons has been damaged by Defendant
Sony's breach.

## COUNT THREE: COPYRIGHT INFRINGEMENT OF SOUND RECORDINGS FIXED PRIOR TO FEBRUARY 15, 1972 AGAINST DEFENDANT SONY

1-20.   Plaintiff incorporates paragraphs 1-20 of Count One and restates
them herein as paragraphs 1-20 of Count Three.

21.    Defendant Sony d/b/a RCA Records never had authority to publish a
sample of "Nearer to You" on Christina Aguilera's song "Understand."

22.    Defendant Sony d/b/a RCA Records was aware of the infringement
in August 2006, prior to the release of "Back to Basics".

23.    Defendant Sony d/b/a RCA Records did not remedy the infringement
prior to releasing "Back to Basics", which was wanton and reckless.

24.    Defendant Sony d/b/a RCA Records released "Back to Basics"
knowing and understanding it would infringe on Plaintiff's copyright.

25.    As a direct and proximate result of Defendant Sony d/b/a RCA
Records' conduct in violation of Plaintiff's exclusive ownership interest in and to
"Nearer to You," Plaintiff has been damaged.

**COUNT FOUR: COPYRIGHT INFRINGEMENT OF SOUND RECORDINGS
FIXED PRIOR TO FEBRUARY 15, 1972 AGAINST DEFENDANT
CHARLY ACQUISITIONS LIMITED**

1-21.    Plaintiff incorporates paragraphs 1-21 of Count One and restates them herein as paragraphs 1-21 of Count Four.

22.    Plaintiff Betty Harris-Clemons made 22 sound recordings ("Recordings") from 1964 to 1969 on Sansu Records, among them "Nearer to You."

23.    A true and correct copy of the names of those Recordings as attached as Exhibit 5.

24.    Plaintiff took control of the master sound recording copyright for those Recordings as of March 31, 2006.

25.    Defendant Charly never had authority from Plaintiff to license any of the Recordings.

26.    Defendant Charly never had authority to license "Nearer to You" to Defendant Sony or anyone else.

27.    Defendant Charly infringed on Betty Harris' copyright of "Nearer to You" when it attempted to license the song to Defendant Sony.

28.    Defendant Charly Acquisitions Limited d/b/a Licensemusic.com ApS continues to infringe on Betty Harris' copyright of her songs by claiming the right to license them on www.Licensemusic.com.

-7-

29.     Defendant Charly Acquisitions Limited d/b/a Licensemusic.com ApS advertises it has the authority to license Betty Harris' Recordings for exploitation.

30.     Defendant Charly Acquisitions Limited has no rights to license or otherwise exploit any of Betty Harris' Recordings.

31.     As a direct and proximate result of Defendant Charly Acquisitions Limited's conduct in violation of Plaintiff's exclusive ownership interest in and to "Nearer to You," Plaintiff has been damaged.

## COUNT FIVE: CONNECTICUT UNFAIR TRADE PRACTICES ACT AGAINST DEFENDANT SONY

1-31.   Plaintiff incorporates paragraphs 1-31 of Count Two and restates them herein as paragraphs 1-31 of Count Five.

32-36. Plaintiff incorporates paragraphs 21-25 of Count Three and restates them herein as paragraphs 32-36 of Count Five.

37.     Defendant Sony is engaged in a trade or practice within the meaning of Connecticut General Statutes §42-110a(4).

38.     The foregoing actions of Defendant Sony constitute an unfair trade or practice within the meaning of Connecticut General Statutes §42-110b.

39.     Plaintiff Betty Harris-Clemons has suffered an ascertainable loss of money or property as a result of Defendant Sony's actions.

## COUNT SIX: CONNECTICUT UNFAIR TRADE PRACTICES ACT AGAINST DEFENDANT CHARLY ACQUISITIONS LIMITED

1-29.   Plaintiff incorporates paragraphs 1-29 of Count Four and restates them herein as paragraphs 1-29 of Count Five.

30.   Defendant Charly Acquisitions Limited is engaged in a trade or practice within the meaning of Connecticut General Statutes §42-110a(4).

31.   The foregoing actions of Defendant Charly Acquisitions Limited constitute an unfair trade or practice within the meaning of Connecticut General Statutes §42-110b.

32.   Plaintiff Betty Harris-Clemons has suffered an ascertainable loss of money or property as a result of Defendant Charly Acquisitions Limited's actions.

-9-

WHEREFORE, Plaintiff Betty Harris-Clemons prays for:

1.   A judgment of interpleader requiring Defendant Sony to pay the Sample Account and all unpaid royalties into court and to determine Plaintiff's right to the funds.

2.   Defendant Sony be ordered to give an accounting of all sales derived from the sample of "Nearer to You" in "Understand";

3.   Compensatory damages;

4.   Punitive damages pursuant to common law and Connecticut General Statutes §42-110g;

5.   A declaratory judgment Plaintiff is the sole owner of the rights in and to the Recordings;

6.   Interest;

7.   Costs;

8.   Attorneys' fees pursuant to Conn. Gen. Stat. §42-110g; and

9.   Such other and further relief as the Court may deem just and equitable.

Kenneth J. Krayeske, Esq.
Counsel for Betty Harris-Clemons
Brown & Welsh, P.C.
530 Preston Avenue
P.O. Box 183
Meriden, CT 06450-0183
(203) 235-1651
FAX: (203) 235-9600
eMail: KJKrayeske@BrownWelsh.com
Federal Bar # CT28498

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on September 28, 2012, a copy of the foregoing was electronically filed.   The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, on September 28, 2012 a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed below:

Timothy A. Diemand, Esq.
Wiggin and Dana
One CityPlace
185 Asylum Street
Hartford, Connecticut 06103-3402

Kenneth J. Krayeske, Esq.

-11-

# EXHIBIT 1



NEVIS ISLAND ADMINISTRATION
MINISTRY OF FINANCE AND DEVELOPMENT
REGULATIONANDSUPERVISIONDEPARTMENT

September 26, 2012

Kenneth J. Krayeske, Eq
Brown&welsh,P.C.
530 Preston avenue, 2nd floor
Meriden, CT 06450

Dear Mr. krayeske

## RE: INFORMATION REQUESTED ON THE 27th SEPTEMBER, 2012

In connection with the above we advise as follows:

| | |
|---|---|
| **Exact Company Name:** | **CHARLY ACQUISITIONS LIMITED** |
| **Date of Incorporation:** | 30th December, 1999 |
| **Company Number:** | C 15835 |
| **Registered Agent & Address:** | Trust Services (Nevis) Limited<br>Springates East,<br>Government Road,<br>Charlestown, Nevis<br>Tele: 1(869) 469-7270<br>Fax: 1 (869) 469-7272 |

**Registered/Bearer Shares:** *100,000* **Par Value:** *None*

| | |
|---|---|
| **Status (standing, etc.):** | The Company is in good standing. |

Should you require any further information, please do not hesitate to contact us.

Yours sincerely,

..................

Fayola A. Olugbala (Ms.)
REGISTRAR

# EXHIBIT 2

# MASTER RECORDING
# SAMPLE CLEARANCE LICENSE

AGREEMENT, LICENSE AND RELEASE made as of August 3, 2006, by and between RCA Music Group, a unit of SONY BMG Music Entertainment, 550 Madison Avenue, New York, NY 10022 (hereinafter "**RCA**") and Charly Licensing ApS, Gammel Strand 42, P.O. Box 1142, DK-1010, Copenhagen (hereinafter "Licensor").

1.    Reference is made to the master recording entitled "Nearer To You" performed by The Betty Harris (the "**Original Recording** "). A portion of the Master (the "**Sample**") is contained in the recording tentatively entitled "Understand" performed by RCA's recording artist Christina Aguilera ("**Artist**"). All versions of that recording which contain the Sample are referred to below as the "**Selection**".

2.    Licensor hereby grants to RCA, its licensees, affiliates, successors, assigns, principals, directors, officers, employees and agents (the "**RCA Parties**") the irrevocable, non-exclusive license and right (a) to embody the Sample in and as part of the Selection; and (b) to reproduce, distribute and otherwise exploit the Sample, and to authorize others to reproduce, distribute, and otherwise exploit the Sample, as part of the Selection throughout the universe in perpetuity in all media, including, without limitation, all phonograph record and visual formats, whether now known or hereafter developed.

3.    Licensor, its licensees, affiliates, principals, directors, officers, agents, employees, assigns and successors (the "**Licensing Parties**") hereby release and discharge the RCA Parties, the Artist and/or any person or entity acting on the Artist's behalf from any and all actions, controversies, damages, judgments, claims, demands and losses of every kind whatsoever which the Licensing Parties now or hereinafter may have against the RCA Parties, the Artist and/or any person or entity acting on the Artist's behalf with regard to the Selection, excluding only RCA's obligation to pay the fee set forth in paragraph 4 below.

4.    (a)    If RCA commercially releases the Selection on phonograph records, it will pay Licensor an advance of Ten Thousand Dollars ($10,000.00) upon the first such release. Such advance will be recoupable against any and all royalties payable under this agreement.

(b)    RCA will pay Licensor a royalty ("**Licensor's Royalty**") on net sales of phonograph records embodying the Selection, computed, adjusted, and paid on the same basis, in the same manner, and subject to the same conditions as the royalty payable to Artist under the recording agreement between RCA and Artist, but at the basic top-line album rate on net sales through normal retail channels in the United States of Five Cents ($0.05) per album unit ("**Basic Licensor Rate**") instead of the basic top-line album rate set forth in such recording agreement on net sales through normal retail channels in the United States ("**Basic Artist Rate**"). With respect to all sales of phonograph records other than top-line album net sales through normal retail channels in the United States (e.g., foreign, singles, reduced price records, and club), Licensor's Royalty will be computed by multiplying the applicable Artist royalty rate (or, if applicable, the percentage share of RCA's net receipts) by a fraction, the numerator of which is the Basic Licensor Rate and the denominator of which is the Basic Artist Rate.

(c)    RCA will account and pay any amounts due to Licensor in respect of the rights granted under this agreement at the same time, on the same basis, and subject to the same conditions as RCA accounts to and remits statements and payments to Artist. A certified public accountant, on Licensor's behalf, may, at Licensor's sole expense, examine RCA's books and records relating to the sale of phonograph records embodying the Selection (but excluding RCA's books and records, if any, relating either to the manufacture of phonograph records or to sales of phonograph records for which Licensor is not entitled to a royalty under this agreement) solely for the purpose of verifying the accuracy of royalty

SONY - 00009

statements relating to the Licensor's Royalty, only during RCA's normal business hours and only upon reasonable notice to RCA. RCA's books and records relating to any particular royalty statement may be examined as set forth above only within two (2) years after the date rendered to Licensor, and Licensor will not be entitled to examine such books and records relating to any particular royalty statement more than once. The rights granted to Licensor under this subparagraph 4(c) will constitute Licensor's sole and exclusive rights to examine RCA's books and records.

5.    All phonograph records embodying the Selection released by RCA will contain label copy substantially as follows:

*Contains a sample from "Nearer To You" as performed by Betty Harris under license from Charly Acquisitions Limited*

RCA's failure to accord such credit will not constitute a breach of this agreement or entitle the Licensing Parties to seek injunctive relief.

6.    Licensor represents and warrants that: (a) it has the exclusive right and authority to enter into this agreement; (b) it is the owner of all right, title, and interest in and to the Original Recording, including without limitation the copyrights thereto, throughout the world; (c) the rights granted by Licensor under this agreement will not infringe on the rights of any third party; and (d) the RCA Parties will not be required to make any payment whatsoever for use of the Sample, except as specifically set forth in paragraph 4 above. The Licensing Parties will indemnify and hold the RCA Parties harmless from any and all claims, damages, losses, judgments and liabilities arising from or in connection with the breach or claim of breach of any warranty, representation or agreement made by Licensor under this agreement.

7.    Licensor hereby acknowledges and agrees that the Licensing Parties do not and will not have any right, title or interest in and to the Selection. The RCA Parties hereby acknowledge and agree that the RCA Parties do not and will not have any right, title, or interest in and to the Original Recording.

8.    Nothing contained in this agreement will obligate RCA to utilize the Sample in any version of the New Recording entitled "Understand". No payments will be payable to Licensor with respect to any version of the New Recording which does not contain the Sample.

9.    No breach by RCA of any of its obligations under this agreement will entitle the Licensing Parties to recover damages or affect any of the Licensing Parties' obligations under this agreement unless RCA fails to remedy such breach within thirty (30) days following receipt of notice thereof. Failing such cure, Licensor agrees that the Licensing Parties' sole remedy will be for damages and that the Licensing Parties will not seek injunctive or other equitable relief against the RCA Parties to restrain the sale of records produced under this agreement.

10.    All notices under this agreement will be sent to the addresses first mentioned above or such other address as each party respectively may designate by notice to the other. All notices sent under this agreement will be in writing and will be delivered by personal delivery or certified mail (return receipt requested). All notices sent to RCA will be sent to the attention of its Senior Vice President, Business Affairs.

11.    The invalidity or unenforceability of any provision of this agreement will not affect the validity or enforceability of any other provision. This agreement contains the entire understanding of the parties hereto relating to the subject matter hereof and cannot be changed or terminated except by an instrument signed by an officer of each party hereto. A waiver by either party of any term or condition of this agreement in any instance will not be deemed or construed as a waiver of such term or condition for all instances, past or future.

SONY - 00010

12.     Nothing contained in this agreement will constitute a partnership or a joint venture between or among the parties to this agreement. The parties hereto will perform their obligations as independent persons or entities and not as the agents or employees of the other party(ies). No party will hold itself out contrary to the terms of this paragraph 12 and no party will be liable for any representation, act or omission of the other party(ies) contrary to the provisions of this paragraph 12.

13.     This agreement is binding upon and will inure to the benefit of the respective successors and/or assigns of the parties hereto.

14.     This agreement will be governed by and subject to the laws of the State of New York applicable to contracts made and wholly to be performed in New York (without giving effect to any conflict of law principles under New York Law). Any claim, dispute, or disagreement with respect hereto will be submitted to the courts of the State of New York, County of New York, or to the United States District Court, Southern District of New York, which courts will have exclusive jurisdiction hereof.

**RCA MUSIC GROUP,**
**A unit of SONY BMG MUSIC ENTERTAINMENT**

**CHARLY ACQUISITIONS, LTD**

By_____

By_____

SONY - 00011

# EXHIBIT 3

# Understand

# Slow

(Christina Aguilera, Kara DioGuardi, Kwame Holland, Allen Toussaint)
Published by Xtina Music/Careers-BMG Music Publishing, Inc. (BMI), K'Stuff Publishing (BMI) administered
in the U.S. and Canada by Arthouse Entertainment, administered outside the U.S. and Canada by EMI Music
Ltd., Kwametheboygenius Music/Irving Music, Inc. (BMI), Screen Gems-EMI Music, Inc. (BMI)

I used to think that happiness • Could only be something that
happened to somebody else • Everybody believed • Everybody
but me • And I've been hurt so many times before • That my
hope was dyin' • So sick of tryin' • Everybody could see •
Everybody but me • But then you came into my life • You opened
up my softer side • And I could see into your eyes • And
suddenly, I realized ••• *(Chorus) I made you think (you don't
understand) • All the times you didn't understand • Why you
couldn't just be my man • I made you think (you don't
understand) • There were many walls you had to climb • If you
really wanted to be mine • I made you think (you don't
understand) • After all the hoops I put you through • Now I see
that I'm in love with you • Now, I hope you • Finally understand*
••• So many tears I had to cry • But you had many more of your
own • You had to dry • But you stuck it out • And you're here
with me now • And rememberin' the days I pushed away • Your
love you called my bluff • And you still stayed around • Yeah you
figured me out • Said you got me down • And there's no way to
lie to you • You know me better than I do • Baby ooh • You see
me through • I'd be no good • Without you ••• (Repeat Chorus)
••• Baby won't you listen now • Can't you see just what I'm
talkin' 'bout • Said, baby won't you listen now • Can't you see
just what I'm talkin' 'bout • Time went on, and I was wrong • To
keep my distance for so long • So afraid you wouldn't stay • But
you never turned away • Always right by my side • You're forever
in my life • Don't you go, cause now I know • That in you I've
found a home • And I could see into your eyes • And suddenly,
I realized ••• (Repeat Chorus) ••• Produced by Kwame for The Beat
Factory • Choir: Charlean Carmon, Kenya Hathaway, Cookie Lewis,
Sharlotte Gibson • Horns Arranged by Rob Lewis • Horns by The
Movement Orchestra Horns: • Miguel Gandelman, Ray Monteiro, Garrett
Smith & Randy Ellis • Recorded by Tal Herzberg at The Record Plant, Los
Angeles, CA • Additional Recording by Oscar Ramirez for Royal Z
Entertainment at Chalice Studios, Los Angeles, CA • Mixed by Dave "Hard
Drive" Pensado for The Pensado Mix Squad at at Larrabee North, North
Hollywood, CA • Assisted by The Blitzburg Group • Contains a sample from
"Nearer to You" written by Allen Toussaint as performed by Betty Harris, published by Screen
Gems-EMI Music, Inc. (BMI), under license from Charly Acquisitions Limited.

(Christina Aguilera, Mark
Edward Patton, Gladys Kni
Published by Xtina Music/C
Blackwood Music, Inc./Kw
(BMI) administered in the
the U.S. and Canada by EM
(BMI), Universal Music Pu

Stop, slow down ba
so plain to see • I
Every time I pass yo
• Every minute, eve
You're blown away
You're struttin' 'ro
without you • You'
give up everything
*act crazy • Cause y
just can't touch •
you're never gonna*
••• After all of the
a taste • You can c
made • Go lie in it
lines • I know you
say 'em like they v
Baby don't you eve
think that everyth
You'd realize I wea
really wanna waste
do in life • Listen
never gonna mess
••• (Repeat Chor
Production by Christin
Clav, Organ & Piano: R
Sound, NYC & Oscar Ra
Los Angeles, CA • Mix
Squad at at Larrabe
Blitzburg Group • Con
Guest, M. Knight, Edward P
Pips, published by WEMG M
Sony BMG Music Entertain
Bernard, Michael Harper an
Music Publishing Corp. o/b/o
and EMI April Music, Inc. (A
Music Enterprises.

# EXHIBIT 4

## Pizarro, Marisa SONY BMG

| | |
|---|---|
| **From:** | Schmidt, David, BMG US Label Group |
| **Sent:** | Thursday, August 17, 2006 7:33 PM |
| **To:** | Pizarro, Marisa SONY BMG |
| **Subject:** | Fw: Christina Aguilera "Understand"/Betty Harris "Nearer To You" - CLAIM |

Fyi


-----Original Message-----
From: Schmidt, David, BMG US Label Group <david.schmidt@sonybmg.com>
To: 'fred@fredwilhelms.com' <fred@fredwilhelms.com>
Sent: Thu Aug 17 19:32:36 2006
Subject: Christina Aguilera "Understand"/Betty Harris "Nearer To You" - CLAIM

Fred, further to our conversation earlier today regarding the above, this is to confirm that upon final resolution of this matter and contingent upon your clients proof of ownership in and to the recording entitled "Nearer To You," you have agreed to license the sampled master to RCA under the same terms as previously negotiated with Licensemusic.com ApS.

The terms are as follows:
$.05 per unit sold and not returned with a $10k recoupable advance.

We will continue to hold the sample income in reserve in connection with this master until this matter is resolved with Licensemusic.com ApS. Please keep me posted.

Best regards,
-David

*******************************************

"The sole information contained in this e-mail message is legally privileged, personal and confidential and as such is intended solely for the use of the named recipients. If you are not the named recipient, please disregard and do not read the above message. Any distribution, dissemination or reproduction of this e-mail message is strictly prohibited. If you have received this message in error, please immediately contact the sender by return e-mail and permanently delete the copy you received. Thank you."

1

SONY - 00003

# EXHIBIT 5

## BETTY HARRIS SONGS RECORDED BY SANSU

All I Want Is You
Bad Luck
Can't Last Much Longer
Hook Line n' Sinker
I Don't Want To Hear It
I'm Evil Tonight
I'm Gonna Get You
Lonely Hearts
Love Lots of Lovin' (duet)
Mean Man
Nearer to You
Ride Your Pony
Show It
Sometime
Take Care of Our Love (duet)
There's A Break In The Road
Trouble With My Lover
Twelve Red Roses
What A Sad Feeling
What'd I Do Wrong?