UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETTY HARRIS-CLEMONS, | : | |
| Plaintiff, | : | Case No. 3:12-cv-00981 (AVC) |
| | : | |
| V. | : | |
| | : | |
| SONY MUSIC ENTERTAINMENT, and | : | |
| CHARLY ACQUISITIONS LIMITED, | : | October 17, 2012 |
| Defendants. | : | |

### DEFENDANT SONY MUSIC ENTERTAINMENT'S RESPONSE TO PLAINTIFF'S MOTION FOR INTERLOCUTORY JUDGMENT OF INTERPLEADER

Defendant Sony Music Entertainment ("Sony Music") responds as follows to Plaintiff's August 3, 2012 Motion for Interlocutory Judgment of Interpleader. Sony Music supports the entry of an interlocutory judgment of interpleader. Sony Music agrees that there are multiple claims to the $170,384.99 in the sample account holding royalties for the song "Nearer to You" and that Sony Music itself has no claim to these funds. Sony Music will deposit the funds to the court upon entry of the interlocutory judgment of interpleader if the Court so directs. As Plaintiff recognizes, the stakeholder -- here Sony Music -- is typically discharged from the case following a judgment of interpleader. See Pl. Motion at ¶ 10. Though Plaintiff contends that Sony Music cannot be absolved of liability in light of her other pending claims, these additional claims are without merit and should be stayed pending the outcome of the interpleader action. See Yee v. Roofing by Classic Resorations, No. 3:09-cv-311, 2010 U.S. Dist. LEXIS 56111, at *18 (D. Conn. June 8, 2010) (district court possesses discretion to stay litigation as matter of discretion to control its docket).[1]

---

[1] Sony Music reserves the right to move for a judgment on the pleadings and/or summary judgment on these claims should this case not be resolved upon adjudication of the interpleader cause of action.

1

DEFENDANT,
SONY MUSIC ENTERTAINMENT


By:     */s/ Joseph M. Gillis*
        Timothy A. Diemand (ct18075)
        Joseph M. Gillis (ct27665)
        Wiggin and Dana LLP
        One CityPlace
        185 Asylum Street
        Hartford, CT 06103-3402
        Tel. (860) 297-3700
        Fax. (860) 525-9380
        Email: tdiemand@wiggin.com
               jgillis@wiggin.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY HARRIS-CLEMONS, : | |
|     Plaintiff, : | Case No. 3:12-cv-00981 (AVC) |
| : | |
| V. : | |
| : | |
| SONY MUSIC ENTERTAINMENT, and : | |
| CHARLY ACQUISITIONS LIMITED, : | October 17, 2012 |
|     Defendants. : | |

### CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2012, a copy of the foregoing Response to Plaintiff's Motion for Interlocutory Judgment of Interpleader was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                           */s/ Joseph M. Gillis*
                                                                          Joseph M. Gillis (ct27665)
                                                                          Wiggin and Dana LLP
                                                                          One CityPlace
                                                                          185 Asylum Street
                                                                          Hartford, CT 06103-3402
                                                                          Tel. (860) 297-3700
                                                                          Fax. (860) 525-9380
                                                                          Email: jgillis@wiggin.com

14505\9\2771315.1