UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | | |
|---|---|---|
| BETTY HARRIS-CLEMONS | ) | |
| Plaintiff | ) | CIVIL ACTION NO.: |
| | ) | |
| V. | ) | 3:12-CV-981 (AVC) |
| | ) | |
| SONY MUSIC ENTERTAINMENT and | ) | |
| CHARLY ACQUISITIONS LIMITED | ) | |
| Defendant | ) | JANUARY 3, 2013 |

## AFFIDAVIT OF BETTY HARRIS AS TO COUNT ONE

1.     I am over the age of 18 years.

2.     I believe in the obligation of an oath.

3.     I am competent in all respects to testify regarding the matters set forth herein.

4.     I am a singer and have been in the music industry for more than 50 years.

5.     Defendant Sony Music Entertainment ("Sony") is a Delaware general partnership with its principal place of business at 550 Madison Avenue, New York, New York, consisting of Sony Music Holdings, Inc., a Delaware corporation and USCO Sub LLC, a Delaware limited liability company.

6.      Defendant Sony does business as RCA Records.

7.      Defendant Charly Acquisitions Limited is a Nevisian limited liability company with an address of Springates East, Government Road, Charlestown, Nevis, West Indies.

8.      A true and correct copy of the company information on file with the Nevis Island Administration is attached as Exhibit 1 to the amended complaint (Docket #23).

9.      Defendant Charly Acquisitions Limited ("Charly") does business as Charly Licensing ApS and Licensemusic.com ApS.

10.     From 1964 through 1969, I sang on a number of sound recordings, including the hit ballad "Nearer to You."

11.     At all material times, I owned the copyright to "Nearer to You."

12.     In August 2006, pop singer Christina Aguilera published a two compact discs set containing 22 songs called "Back to Basics" through Defendant Sony d/b/a RCA Records.

13.     The fifth song on "Back to Basics" - "Understand" - uses my vocal sample from "Nearer to You."

14.     Defendant Sony allegedly negotiated a license for the rights to "Nearer to You" from Defendant Charly.

15.     A true and correct copy of an unsigned draft license between Defendant Sony and Defendant Charly is attached as Exhibit 2 to the amended complaint (Docket #23).

16.     The draft license in Exhibit 2 was never signed.

17.     Pursuant to the draft license, Defendant Sony credited Defendant Charly as the licensing entity in the booklet accompanying the compact disc "Back to Basics."

18.     A true and correct copy of the page in the booklet accompanying the compact disc "Back to Basics" identifying Charly is attached as Exhibit 3 to the amended complaint (Docket #23).

19.     Defendant Charly never had any authority to license my song "Nearer to You" to Defendant Sony.

20.     Defendant Sony d/b/a RCA Records agreed to pay a royalty rate of five cents per use for the use of "Nearer to You".

21.     My former attorney made Defendant Sony aware of the infringement before the compact discs were released in August 2006.

- 3 -

22.   Defendant Sony nevertheless released the compact discs.

23.   Because of the ownership dispute over "Nearer to You" between Defendant Charly and me, Defendant Sony placed all royalties for "Nearer to You" from Christina Aguilera's "Understand" in a Sample Account ("Sample Account").

24.   Defendant Sony refused to make any royalty payments until Defendant Charly and I settled our dispute.

25.   As of June 7, 2012, Defendant Sony claimed the Sample Account contained $170,384.99 in royalties without interest from the use of the "Nearer to You" in Christina Aguilera's "Understand."

26.   Pursuant to the interlocutory judgment of interpleader (Docket #39), Defendant Sony paid the $170,384.99 to the Clerk of the Court.

27.   The $170,384.99 represents the minimum amount owed to me for the use of my song "Nearer to You" on Christina Aguilera's album.

28.   Any additional royalties and interest that Defendant Sony may owe will be litigated as part of Counts Two, Three and Five in this case.

Betty Harris-Clemons

- 4 -

STATE OF CONNECTICUT        )
                            ) ss. Meriden
COUNTY OF NEW HAVEN         )

     The foregoing affidavit was subscribed and sworn to before me on this 3rd day of January, 2013 by Betty Harris-Clemons.

*Cassandra L. Glen*

Notary Public Cassandra L. Glen

My commission expires: 1/31/15

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on January 3, 2013, a copy of the Affidavit of Betty Harris-Clemons as to Count One was electronically filed.   The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, on January 3, 2013 a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed below:

Timothy A. Diemand
Wiggin and Dana
One CityPlace
185 Asylum Street
Hartford, Connecticut 06103-3402

Charly Acquisitions Limited
c/o Trust Services (Nevis) Limited
Units 10-12, Springates East
Government Road
Charlestown, Nevis, West Indies

Kenneth J. Krayeske, Esq.

- 5 -