```
                UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF CONNECTICUT

BETTY HARRIS-CLEMONS,           :
   Plaintiff,                   :
                                :
     v.                         : Civ.No 3:12CV00981 (AVC)
                                :
SONY MUSIC ENTERTAINMENT and    :
CHARLY ACQUISITIONS LTD.,       :
   Defendants.                  :
```

**DEFAULT JUDGMENT RE: DEFENDANT CHARLY ACQUISITIONS LIMITED**

Default as to the defendant, Charly Acquisitions Limited, pursuant to Federal Rule of Civil Procedure 55(a), having entered, the plaintiff, Betty Harris-Clemons, having applied for the entry of default judgment as to that defendant, as provided by Federal Rules of Civil Procedure 55(b)(1), with respect to count one, and 55(b)(2), with respect to counts four and six, and the plaintiff, having demonstrated by satisfactory evidence, through the declarations of trial attorney Kenneth J. Hrayeske, that the plaintiff is entitled to a judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Judgment shall enter in favor of the plaintiff and against the defendant, Charly Acquisitions Limited. With respect to count one, the clerk shall pay $170,384.99, the amount deposited with the court pursuant to the previously entered interlocutory judgment of interpleader, along with any interest accrued on that account, to the plaintiff. With respect to counts four and

six, the court will hold a hearing to determine the amount of damages on March 20, 2013.

So ordered this 25th day of January 2013, at Hartford, Connecticut.

                                                  /s/
                                       Alfred V. Covello,
                                       United States District Judge