UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

```
BETTY HARRIS-CLEMONS,             :
   Plaintiff,                     :
                                  :
      v.                          : Civ.No 3:12CV00981 (AVC)
                                  :
SONY MUSIC ENTERTAINMENT and      :
CHARLY ACQUISITIONS LTD.,         :
   Defendants.                    :
```

**JUDGMENT**

On November 9, 2012, the plaintiff, Betty Harris-Clemons served the defendant, Charly Acquisitions LTD. (hereinafter "Charly"), with a summons and complaint in the above-captioned civil case. Charly has not responded to the complaint or otherwise appeared in this case. On December 27, 2012, Harris-Clemons, filed and served on Charly, a motion for the entry of default.  On January 2, 2013, the court granted the motion and defaulted Charly.

On January 3, 2013 the plaintiff filed motions for default judgment against Charly as to counts one, four, and six and filed an affidavit, indicating the damages due to the plaintiff. The defendant did not oppose the request for default nor has Charly otherwise appeared in this action. On January 25, 2013 the court rendered judgment in favor of the plaintiff against Charly. With respect to count one, the clerk was ordered to pay $170,384.99, the amount deposited with the court pursuant to the

previously rendered interlocutory judgment of interpleader, along with any interest accrued on that account, to the plaintiff. With respect to counts four and six, the court postponed judgment to determine the amount of damages.

The court renders the following judgment upon default with respect to counts four and six:  It is ordered and adjudged that the plaintiff recover from the defendant, Charly,[1] damages in the amount of $42,095.62, which represents the amount in damages Charly owes to Harris-Clemons in this action in CD royalties, digital royalties, and statutory damages.[2] The plaintiff's request for costs and attorney's fees in the amount of $68,669.81, is granted. Finally, the court awards pre-judgment interest, which is to be calculated from the filing of the action.[3]

---

[1] The plaintiff may recover her damages from the defendant Charly Acquisitions Ltd., or any of its following aliases, listed in the second amended complaint, for which the judgment shall apply: Charly Licensing ApS, Licensemusic.com ApS, Charly Holdings, Inc., Charly International ApS, Charly International Ltd., Charly Direct Ltd., Charly Trademarks, Ltd., Charly Records International ApS, Charly Records, Ltd., and Charly Licensing ApS.
[2] $4,000 and $4,095.62 represent the physical CD sales and digital royalties losses, respectively. $35,000 is the amount the court awards Harris-Clemons under 17 U.S.C. § 504(c)(2) for willful infringement (20 recordings at $1,750 per infringement). This statutory award, added to the $8,095.62 CD and digital royalties, results in a sum of $42,095.62.
[3] Pre-judgment interest shall be calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of the judgment. See 28 U.S.C. § 1961

So ordered this 3rd day of October 2013, at Hartford, Connecticut.

```
                         _____/s/_____
                         Alfred V. Covello,
                         United States District Judge
```