UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | | |
|---|---|---|
| BETTY HARRIS-CLEMONS | ) | |
|     Plaintiff | ) | CIVIL ACTION NO.: |
| | ) | |
| V. | ) | 3:12-CV-981 (AVC) |
| | ) | |
| SONY MUSIC ENTERTAINMENT | ) | |
|     Defendant | ) | DECEMBER 26, 2013 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Betty Harris-Clemons and Defendant Sony Music Entertainment hereby stipulate to dismiss the Plaintiff's claims against Defendant Sony Music Entertainment with prejudice and without costs to either party.

PLAINTIFF,
BETTY HARRIS-CLEMONS


    /s/ Kenneth J. Krayeske
Kenneth J. Krayeske, Esq.
Counsel for Betty Harris-Clemons
Kenneth J. Krayeske Law Offices
124 Jefferson Street
Hartford, CT 06106
(860) 995-5842
FAX: (860) 527-0313
eMail: attorney@kenkrayeske.com
Federal Bar # CT28498

DEFENDANT,
SONY MUSIC ENTERTAINMENT

By:      */s/ Joseph M. Gillis*
Timothy A. Diemand (ct18075)
Joseph M. Gillis (ct27665)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
Tel. (860) 297-3700
Fax. (860) 525-9380
Email:  tdiemand@wiggin.com
jgillis@wiggin.com

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on December 27, 2013, a copy of the Stipulation of Voluntary Dismissal was electronically filed.   The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, on December 27, 2013 a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed below:

Charly Acquisitions Limited
c/o Trust Services (Nevis) Limited
Units 10-12, Springates East
Government Road
Charlestown, Nevis, West Indies

      */s/ Kenneth J. Krayeske*
Kenneth J. Krayeske, Esq.